*E-Filed 11/18/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LIONEL JAMES,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 10-03136 RS

**ORDER TO SHOW CAUSE**

Pro se plaintiff Lionel James brings this action seeking judicial review of a final decision by the Commissioner of Social Security denying him benefits. The Commissioner answered the complaint on June 22, 2011. Pursuant to this District's procedural order for social security review actions, James was required to serve and file a motion for summary judgment or remand by July 22, 2011.

As of this time, James has not submitted such motion, which suggests a lack of interest in prosecuting this case. Accordingly, James is hereby ordered to show cause in writing why this case should not be dismissed for failure to prosecute. His show cause response should be filed in this Court no later than **December 29, 2011**. James is further directed to appear for a show cause hearing on **January 5, 2012, at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse,

450 Golden Gate Avenue, San Francisco, California.  Failure to file a response or to appear at the hearing may result in dismissal of the action.

IT IS SO ORDERED.

Dated: 11/18/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Lionel James**
676 Linden Street
San Francisco, CA 94102

DATED:  11/18/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg